FILED

2009 Feb-10  AM 10:57
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN V. WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CV-08-TMP-2269-S** |
| | ) | |
| **REGIONAL PLANNING** | ) | |
| **COMMISSION OF GREATER** | ) | |
| **BIRMINGHAM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## REPORT OF PARTIES PLANNING MEETING

1.      Pursuant to Fed. R. Civ. P. 26(f), a meeting was attended by John Saxon and Will Hancock on February 5, 2009.

2.      **Pre-Discovery Disclosures.**   The parties will exchange by March 9, 2009 the information required by Local Rule 26.1 (a)(1).

3.      **Discovery Plan.**   The parties jointly propose to the court the following discovery plan:

      a.      Discovery will be needed on each claim of the plaintiff, including damages, and each defense raised by the defendants;

      b.      All discovery commenced in time to be completed by July 20, 2009;

      c.      Maximum of 25 interrogatories by each party to any other party; Responses due thirty days after service;

      d.      Maximum of 25 requests for production by each party to any other party; Responses due thirty days after service;

      e.      Maximum of 25 requests for admission by each party to any other party; Responses due thirty days after service;

      f.      Maximum of 8 depositions by plaintiff and 8 by defendants;

g.  Reports from retained experts under Rule 26(a)(2) due:

from plaintiff by May 1, 2009;

from defendant by July 1, 2009;

4.  **Other Items.**

a.  The parties do not request a conference with the court before entry of the scheduling order;

b.  The plaintiff should be allowed to join additional parties for good cause and until February 20, 2009, to amend the pleadings;

c.  The defendants should be allowed to join additional parties for good cause and until March 9, 2009 to amend the pleadings;

d.  All potentially dispositive motions should be filed by two weeks following the close of discovery;

e.  Settlement may be enhanced by use of mediation as an alternate dispute resolution procedure;

f.  The parties request a final pretrial conference 30 to 60 days before trial;

g.  Final lists of trial evidence under Rule 26(a)(3) should be due:

from plaintiff: witnesses and exhibits by 30 days before trial;

from defendants: witnesses and exhibits by 30 days before trial;

h.  Parties should have 10 days after service of final lists of trial evidence to list objections under Rule 26(a)(3);

i.  The case should be ready for trial by November 1, 2009, and at this time is expected to take approximately 3 days.

Date: February 10 , 2009

/s/ William K. Hancock
Attorney for Defendant

**OF COUNSEL:**
ADAMS AND REESE LLP
2100 3rd Avenue North, Suite 1100

3578968-1

Birmingham, Alabama 35203-3367
205-250-5000

/s/ John D. Saxon
Attorney for Plaintiff

**OF COUNSEL:**
John D. Saxon
2119 3rd Avenue North
Birmingham, AL 35203
Telephone: (205) 324-0223
Facsimile: (205) 323-1583

3578968-1